UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>            Plaintiff,<br><br>    v.<br><br>SHARLYN TODD,<br><br>            Defendant. | Case No. 2:24-cv-01642 DJC CSK<br><br>ORDER<br><br>(ECF No. 21.) |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On July 14, 2025, the Magistrate Judge filed findings and recommendations (ECF No. 21), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 21).  No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis.  The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations (ECF No. 21) are ADOPTED IN FULL;
2. Plaintiff's motion for default judgment (ECF No. 14) is GRANTED;
3. Defendant must appear before a Board agent designated by the Board Regional Director of Region 20 at such time and place as said Regional Director may designate; then and there produce documents; and give sworn testimony and answer any and all questions relevant and material to the documents set forth in Subpoena Ad Testificandum A-1-1LECIRX that the board issued on April 26, 2024; and
4. The Clerk of the Court close this action.

IT IS SO ORDERED.

Dated:  **August 15, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/nrlb1642.JO.noobj

2